IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RYAN RICHMOND : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:03-cv-00220 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| LEROY PATTON, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that consistent with its prior Orders in this matter (docs. 17, 19), the Court DISMISSES this matter WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure of the Plaintiff to prosecute his claims against Defendants.

5/15/06                                                                              James Bonini, Clerk


                                                                                     s/Kevin Moser
                                                                                     Kevin Moser
                                                                                     Deputy Clerk